UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------- x

ROBERT FORD,

                                Plaintiff,

-against-

CITY OF NEW YORK, POLICE OFFICER CHRISTOPHER
CRUZADO, POLICE OFFICER STEPHEN HILLMAN,
SERGEANT RICHARD MEZZATESTA, DETECTIVE
DONNELL MYERS, CAPTAIN PETTI, DETECTIVE
STEVEN MILLWATER, POLICE OFFICER TOPPING,
DETECTIVE MICHAEL SOGLUIZZO, POLICE OFFICER
KUAR, POLICE OFFICER MOURGEN, DETECTIVE
DANIEL SJOBERG, DETECTIVE GEORG, AND
LIEUTENANT LEMMA,

                                Defendants.

-------------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF
SETTLEMENT OF
ATTORNEY'S FEES,
EXPENSES, AND COSTS**

16-CV-2046 (FB)(RML)

       **WHEREAS,** plaintiff Robert Ford commenced this action by filing a complaint

on or about February 26, 2016, alleging that defendants City of New York, Officer Christopher

Cruzado, Officer Stephen Hillman, Sergeant Richard Mezzatesta, Detective Donnell Myers,

Captain Raffaele Petti, Detective Steven Millwater, Officer Brett Topping, Detective Michael

Sogluizzo, Officer Amandeep Kuar, Officer Narindra Mourgen, Detective Daniel Sjoberg,

Detective Adam Georg, and Lieutenant Peter Iemma violated his federal civil law rights; and

       **WHEREAS,** defendant City of New York served plaintiff with an Offer of

Judgment pursuant to Fed. R. Civ. P. 68 on February 7, 2017; and

       **WHEREAS,** plaintiff accepted defendant's Rule 68 Offer of Judgment on

February 16, 2017; and

       **WHEREAS,** all defendants deny any and all liability arising out of plaintiff's

allegations; and

**WHEREAS,** plaintiff's counsel represents that plaintiff has assigned all of his rights to attorneys' fees, expenses, and costs to his counsel, Nicole Bellina, Esq.; and

**WHEREAS,** counsel for defendants and counsel for plaintiff now desire to resolve the issue of attorneys' fees, expenses, and costs without further proceedings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the respective parties to the above-captioned action, as follows:

1.    Defendant City of New York hereby agrees to pay plaintiff's counsel, Nicole Bellina, Esq., the total sum of SEVEN THOUSAND SEVEN HUNDRED FIFTY ($7,750.00) Dollars in full satisfaction of plaintiff's claims for attorneys' fees, expenses, and costs.  In consideration for the payment of SEVEN THOUSAND SEVEN HUNDRED FIFTY ($7,750.00) Dollars, counsel for plaintiff agrees to release and discharge defendants City of New York, Officer Christopher Cruzado, Officer Stephen Hillman, Sergeant Richard Mezzatesta, Detective Donnell Myers, Captain Raffaele Petti, Detective Steven Millwater, Officer Brett Topping, Detective Michael Sogluizzo, Officer Amandeep Kuar, Officer Narindra Mourgen, Detective Daniel Sjoberg, Detective Adam Georg and Lieutenant Peter Iemma; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all claims of attorneys' fees, expenses, and costs that were or could have been alleged in the aforementioned action.

2.    Counsel for plaintiff hereby agrees and represents that no other claims for attorneys' fees, expenses, or costs arising out of this action shall be made by or on behalf of plaintiff in any application for attorneys' fees, expenses, or costs at any time.

2

3.      Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York.  This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

4.      This Stipulation and Order contains all the terms and conditions agreed upon by counsel for defendants and counsel for plaintiff hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of attorneys' fees, expenses, or costs shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

STOLL, GLICKMAN, AND BELLINA,
LLP
*Attorneys for Plaintiff*
475 Atlantic Avenue 3rd Floor
Brooklyn, NY 11217
(718) 852-3710

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,*
  *Cruzado, Hillman, Mezzatesta, Myers,*
  *Petti, Millwater, Topping, Sogluizzo,*
  *Kuar, Mourgen, Sjoberg, Georg, and*
  *Iemma*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
      Nicole Bellina
      *Attorney for Plaintiff*

By: _____
      Christopher Arko
      *Assistant Corporation Counsel*

SO ORDERED:

Dated: New York, New York
          _____, 2017

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE

3